# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **DJAMSHID ATABEKOVICH MUSAEV,** )<br> )<br>             Petitioner, )<br>     v. )<br> )<br>Secretary of Homeland Security et al., )<br>             Respondents. )<br>_____ ) | **PRELIMINARY INJUNCTION**<br><br>No. ED CV 26-00576-VBF-DFM |

**Petitioner's application for a preliminary injunction is GRANTED.  Pending a final ruling on the habeas corpus petition,** Respondents are enjoined from re-detaining Petitioner unless Respondents comply with regulations governing revocation of an Order of Supervision and present evidence to the Court that Petitioner's removal from the USA is reasonably foreseeable.  Respondents remain enjoined from transferring Petitioner outside the C.D. Cal. during pendency of this case.

IT IS SO ORDERED.

*Valerie Baker Fairbank*

_____

Dated: March 3, 2026                    Honorable Valerie Baker Fairbank

                                       Senior United States District Judge