UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DJAMSHID ATABEKOVICH MUSAEV,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY et al.,<br><br>Respondents. | Case No. 5:26-cv-00576-VBF-DFM<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition is granted. Petitioner shall remain released subject to the same conditions in effect before his August 2025 re-detention, if any existed. Respondents, their officers, agents, employees, attorneys, and other persons who are in active concert or participation with Respondents are enjoined from re-detaining Petitioner or otherwise depriving him of his liberty interest in remaining out of custody without timely following all applicable laws, regulations, and procedures, including from re-detaining Petitioner without providing him a pre-deprivation hearing before a neutral arbiter to evaluate whether his re-detention is

warranted based on a flight risk or a danger to the community, unless special circumstances exist that justify legal, constitutional immediate re-detention and a post-deprivation hearing.

Date:  May 13, 2026

_____

VALERIE BAKER FAIRBANK
United States District Judge