JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DJAMSHID ATABEKOVICH MUSAEV, <br><br> Petitioner, <br><br> v. <br><br> SECRETARY et al., <br><br> Respondents. | Case No. 5:26-cv-00576-VBF-DFM <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted. Petitioner shall remain released subject to the same conditions in effect before his August 2025 re-detention, if any existed. Respondents, their officers, agents, employees, attorneys, and other persons who are in active concert or participation with Respondents are enjoined from re-detaining Petitioner or otherwise depriving him of his liberty interest in remaining out of custody without timely following all applicable laws, regulations, and procedures, including from re-detaining Petitioner without providing him a pre-deprivation hearing before a neutral arbiter to evaluate whether his re-detention is warranted based on a flight risk or a danger to the community, unless special circumstances exist that justify legal, constitutional immediate re-detention and a post-deprivation hearing.

The Clerk is directed to close this matter. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date:  May 13, 2026

_____
VALERIE BAKER FAIRBANK
United States District Judge