**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

**DJAMSHID Atabelovich MUSAEV,**

Petitioner,

v.

Secretary, Department of Homeland Security *et al.*,

Respondents.

**ORDER**

ED CV 26-00576-VBF-DFM

**Setting Response and Reply** Deadlines on Petitioner's Motion to Alter and Clarify Judgment

**No later than Monday, August 31, 2026, the respondents MAY FILE a response to** Petitioner's motion to alter the judgment. Respondents shall address both the motion's compliance with the federal rules of civil procedure and our local civil rules, and the merits.

**No later than Monday, September 14, 2026, petitioner MAY FILE a reply brief.**

The Court finds this matter suitable for resolution without oral argument.

IT IS SO ORDERED.

Dated: August 17, 2026

Valerie Baker Fairbank

Honorable Valerie Baker Fairbank
Senior United States District Judge