**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

**Djamshid Atabekovich MUSAEV,**
Petitioner,
v.
SECRETARY of USDHS *et al.*,
Respondents.

**ORDER**

ED CV 26-00576-VBF-DFM

**Denying Doc #40 (Pet.'s Motion to Modify, Clarify, Enforce Judgment)**

For the reasons stated in the respondents' opposition brief, CM/EF Document ("Doc") 42 at page three line 9 through page five line 25:

**Petitioner's "Motion to modify prospective relief, to clarify and enforce the judgment, and to require the removal of the physical GPS ankle monitor and substitution of non-GPS supervision" [Doc #40] is DENIED.**

The Court does not address respondents' additional proffered basis for denying the motion. *See* Doc 42 at page five line 26 - page six line 13 (arguing that Fed. R. Civ. P. 60(b)(5) does not apply).

IT IS SO ORDERED.

Valerie Baker Fairbank

Dated: September 24, 2026

Honorable Valerie Baker Fairbank
Senior United States District Judge